## STATE OF CONNECTICUT *v.* TODD LAMAR JONES

The defendant's petition for certification for appeal from the Appellate Court, 113 Conn. App. 250 (AC 28038), is denied.

*Richard E. Condon, Jr.,* assistant public defender, in support of the petition.

*Adam E. Mattei,* special deputy assistant state's attorney, in opposition.

Decided May 13, 2009

## JOEL CABAN *v.* COMMISSIONER OF CORRECTION

The petitioner Joel Caban's petition for certification for appeal from the Appellate Court, 113 Conn. App. 165 (AC 28095), is denied.

*Deborah G. Stevenson,* special public defender, in support of the petition.

*Melissa L. Streeto,* assistant state's attorney, in opposition.

Decided May 13, 2009